JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GIORGI and NOJOQUI FALLS RANCH PARTNERSHIP, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF SANTA BARBARA ) <br> and DOES 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: CV 10-7603 DSF (JCx) <br><br><br> JUDGMENT |

The Court having considered Defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/1/11

_____
Dale S. Fischer
United States District Judge